THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER POWERS, Appellant, v. J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.—

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.